James MARCUM, Plaintiff–Appellant

v.

RETIREMENT PLAN FOR HOURLY–RATED EMPLOYEES OF NORANDA ALUMINUM, INC.; Noranda Aluminum, Inc., Defendants–Appellees.

No. 12–2547.

United States Court of Appeals,
Eighth Circuit.

Submitted: Jan. 18, 2013.

Filed: Jan. 31, 2013.

Michael A. Evans, Sherrie A. Schroder, Hammond & Shinners, St. Louis, MO, Michael Moroni, Bloomfield, MO, for Plaintiff–Appellant.

Louis J. Boyd, Dennis Donnelly, Douglas Willard King, Bryan & Cave, St. Louis, MO, for Defendants–Appellees.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

James Marcum appeals the district court's[1] adverse grant of summary judgment in his Employment Retirement Income Security Act lawsuit arising from the denial of early retirement disability benefits. Upon de novo review, *see Green v. Union Sec. Ins. Co.,* 646 F.3d 1042, 1050 (8th Cir.2011), we find no basis for overturning the district court's well-reasoned determination that the adverse decision on Marcum's benefits application did not amount to an abuse of discretion, *see id.* (affirmance is warranted if the decision is reasonable, i.e., reasonable person could have reached similar decision, given evidence before plan administrator when decision was made). The district court is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.